902

No. 608. WYOMING NATIONAL BANK *v.* OMAHA NATIONAL BANK ET AL. January 26, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edgar M. Morsman, Jr.,* for petitioner. *Messrs. Halleck F. Rose, Arthur R. Wells,* and *Paul L. Martin* for respondents.

No. 609. SHEPPARD & MYERS, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. January 26, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John F. McCarron* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, Paul D. Miller, Clarence M. Charest,* and *Miss Helen R. Carloss* for respondent.

No. 610. ROOS *v.* TEXAS CO. February 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. B. Lewright* and *R. L. Batts* for petitioner. *Messrs. C. B. Ames* and *S. J. Brooks* for respondent.

No. 611. SEABOLT *v.* UNITED STATES. February 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. A. M. Belcher* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Mahlon D. Kiefer, A. E. Gottschall,* and *W. Marvin Smith* for the United States.

No. 612. NICHOLS *v.* UNIVERSAL PICTURES CORP. ET AL. February 2, 1931. Petition for writ of certiorari to the